# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

UNITED STATES OF AMERICA

V.  CASE NUMBER: 3:06CR162-FDW

DEXTER N. SPEARS

THIS MATTER is before the Court sua sponte on an outstanding arrest warrant issued 06/04/07 for petition for bond violation filed 6/1/0 .

**NOW, THEREFORE, IT IS ORDERED** that:

The defendant was sentenced before this Court on 08/09/07 and Judgment entered on 08/17/07. Based on the Judgment that remanded the defendant to the custody of the United States Marshals, the arrest warrant issued on 06/04/07 for bond violation is hereby vacated.

The Clerk is directed to certify copies of this Order to the United States Attorney, Defendant's Counsel, the United States Marshal Service, Bureau of Prisons and the United States Probation Office.

IT IS SO ORDERED.

Signed: June 24, 2014

Frank D. Whitney
Chief United States District Judge